DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:  209.473.6450
Facsimile:   209.473.6455

Attorneys for Plaintiff
PINNACLE GRINDING & GROOVING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PINNACLE GRINDING AND GROOVING, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>v.<br><br>DIG-IT CONSTRUCTION, INC., a California Corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and DOES 1-10, inclusive<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:17-cv-00898-MCE-CMK<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLLEMENT** |

Plaintiff PINNACLE GRINDING AND GROOVING, LLC ("Plaintiff" or "Pinnacle"), Defendants DIG IT CONSTRUCTION, INC. ("Dig It"), and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Defendant" or "Travelers"), by and through their respective counsel of record, submit the following Stipulation for Dismissal Pursuant to Settlement Agreement.

///

///

# RECITALS

1. This action commenced on April 26, 2017, with the filing of Plaintiff's Complaint (Docket No.1).

2. Dig It filed a Counterclaim on August 14, 2017 (Docket No. 8.)

3. The Parties subsequently entered into the settlement agreement and have performed the obligations per the terms of the settlement agreement.

4. As the Parties obligations under the settlement agreement resolved all outstanding issues between the Parties, the Parties now desire to dismiss this Action, including the Complaint and Counterclaim.

# STIPULATION

Based on the foregoing recitals, the Parties, by and through their counsel, hereby STIPULATE that:

1. This action, including the counterclaim, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) and 41(C)(2) of the Federal Rules of Civil Procedure.

DATED:  November 8, 2022        DOWNEY BRAND LLP

By: _/s/ Matthew J. Weber_
MATTHEW J. WEBER
mweber@downeybrand.com
DOWNEY BRAND LLP
3425 Brookside Road, Suite A
Stockton, CA  95219
Telephone:  (209) 473-6450
Attorney for Plaintiff
PINNACLE GRINDING
AND GROOVING, LLC

///

DATED: November 8, 2022          O'CONNOR THOMPSON McDONOUGH KLOTSCHE LLP

By:     /s/ *Sean-Thomas P. Thompson*
SEAN-THOMAS P. THOMPSON
sean@otmklaw.com
O'CONNOR THOMPSON McDONOUGH KLOTSCHE LLP
2500 Venture Oaks Way, Suite 320
Sacramento, CA  95833
Telephone:  (916) 993-4540
Attorney for Defendants and Counterclaimant
DIG IT CONSTRUCTION, INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## **ORDER**

Pursuant to the stipulation of the parties, this action is DISMISSED with prejudice in its entirety.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 8, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE